### 42767, 42768.   SELF v. NATIONWIDE MUTUAL INSURANCE COMPANY  (two cases).

EBERHARDT, Judge.   The notice of appeal in each of these cases recites that the appeal is taken "from the order sustaining defendant's general demurrers entered in this action on January 25, 1967." The record does not disclose such an order but does disclose an order sustaining the general demurrers entered on January 10, 1967.  Since the notices of appeal were not filed until February 23, 1967, the appeals from the order sustaining the general demurrers are not timely and must be *Dismissed.   Felton, C. J., and Hall, J., concur.*

SUBMITTED MAY 2, 1967—DECIDED MAY 5, 1967.

*Adair, Goldthwaite, Stanford, Daniel & Horn, Michael J. Reily,* for appellants.

*Smith, Cohen, Ringel, Kohler, Martin & Lowe, Scott Charlton,* for appellee.

### 42758.   DAVIS v. THE STATE.

PER CURIAM.   This appeal was docketed on March 13, 1967, and the enumeration of errors was filed on March 27, 1967. As the enumeration of errors was not filed within 10 days after the case was docketed, the appeal will be dismissed. See Rules 13 (a), 15 (a) of the Court of Appeals; Rule 20 of the Supreme Court; *Napier v. Napier,* 222 Ga. 681 (151 SE2d 712) ; *Kurtz v. State,* 115 Ga. App. 665 (2) ; *Hutchinson v. Ga. Power Co.,* 115 Ga. App. 666.

*Appeal dismissed.   Bell, P. J., Pannell and Joslin, JJ., concur.*

SUBMITTED MAY 1, 1967—DECIDED MAY 8, 1967.

Barry H. Davis, *pro se, James M. Watts,* for appellant.